## UNITED STATES DISTRICT COURT
### For The
### WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Robert Heresco                                                      Docket No. 00-00044-002

### Petition on Probation

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Robert Heresco, who was placed on supervision by the Honorable Robert J. Cindrich sitting in the Court at Pittsburgh, Pennsylvania, on the 1st day of September 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay restitution of $420 jointly and severally with codefendants in monthly installments of not less than 10 percent of gross monthly income.
- Shall notify the United States Attorney's Office within 30 days of any change of residence that occurs while any portion of restitution remains unpaid.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless in compliance with payment schedule.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse and alcohol abuse, as directed.
- Shall participate in a mental health treatment program as directed.
- Shall pay a $100 special assessment.

| Date | Event |
|---|---|
| 09-01-00: | Conspiracy to Commit a Crime Against the United States; 5 years' probation. |
| 06-28-04: | Released from state imprisonment; Supervision commences. |
| 08-30-04: | Supervision removed to inactive due to absconder status. |
| 10-25-04: | Petition signed, Judge Ambrose; Warrant issued. |
| 11-18-04: | Petition signed, Judge Conti; Warrant withdrawn, probation term to continue upon the defendant's release from state custody. |
| 01-08-06: | Released from state custody; supervision recommences. |
| 06-24-06: | Supervision removed to inactive - in local custody due to new charges. |
| 12-05-06: | Released from local custody, supervision recommences; Currently supervised by U.S. Probation Officer Wendy Brown. |

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner alleges that the defendant has violated the following conditions of supervision:

**Shall not commit another federal, state, or local crime.**

On or about November 6, 2007, a Burglary warrant at OTN G 413922-5 was issued for the defendant's arrest. He turned himself in to authorities on December 13, 2007, and at a preliminary hearing on January 22, 2008, the charge was held for disposition in the Court of Common Pleas of Allegheny County.

On May 26, 2006, the defendant was arrested for Possession of a Controlled Substance, at Criminal No. 200608485. On July 28, 2006, he pled guilty to this charge and was sentenced to 6-12 months' imprisonment.

U.S.A. vs. Robert Heresco
Docket No. 00-00044-009
Page 2

**Shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances except as prescribed by a physician.**

The results of urine specimens collected on June 13, 2007; August 1, 2007; September 26, 2007; and November 7, 2007, were returned positive for morphine. The August 1, 2007, and September 26, 2007, samples also included a positive result for cocaine.

**Shall pay a $100 special assessment.**

The defendant has not made any payment toward this outstanding financial obligation. The restitution has been paid in full by a co-defendant.

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the probationer's arrest and that the warrant be lodged as a detainer at the Allegheny County Jail.

### ORDER OF COURT

Considered and ordered this _18th_ day of _March_, 20 _08_ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 13, 2008

_____
Wendy M. Brown
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania