## RECORD OF MAGISTRATE'S PROCEEDINGS

UNITED STATES OF AMERICA
vs
Robert Heresco

MAGISTRATE'S DOCKET NUMBER: _____
DATE OF COMPLAINT: _____
CRIMINAL DOCKET NUMBER: 00-44
DATE OF INDICTMENT: _____
STATUTE: Probation Violation

DATE ARRESTED: 5/20/08

### INITIAL APPEARANCE

Before Magistrate:
- [ ] LENIHAN
- [X] MITCHELL
- [ ] HAY
- [ ] CAIAZZA
- [ ] BAXTER
- [ ] PESTO

Date: 5-20-08
Time: 2:07 → 2:11
CD #: _____
Tape Index: _____

U.S. ATTORNEY: Brendan Conway

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION: — Violation Petition
   - [ ] Read
   - [ ] Summarized
   - [ ] Reading waived
   - [—] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [ ] Read
   - [ ] Summarized
   - [ ] Reading waived

4. COUNSEL
   - [✓] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [ ] Defendant represented by: _____
   - [ ] Defendant expects to retain: _____
   - [✓] Affidavit executed
   - [ ] Not Qualified
   - [✓] Qualified
   - [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. BAIL
   Recommended Bond: detention
   Bond Set at: _____
   - [ ] By Consent
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued
   - [ ] Additional Conditions Imposed: _____
   - [ ] Final Commitment issued

   Bond Review Hearing Set For: _____
   Detention Hearing Set For: 5/22/08

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
   Preliminary Exam/Rule 40/Arraignment set for _____ at 9:30   Before Magistrate Judge Mitchell

ADDITIONAL COMMENTS