# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

USA

**Plaintiff**

vs.   No. Cr 00-44

Robert Nerasco

**Defendant**

HEARING ON **Bond**

Before Magistrate Judge **Robert C. Mitchell**

Brendan Conway
Greg Melucci                          Martha Bailor
_Appear for Plaintiff_                _Appear for Defendant_

Hearing begun 5/22/08          Hearing adjourned to _____
Hearing concluded 9:38         Stenographer Patricia Sherman
Recording Index: _____

**OUTCOME:**

- The gov't requests detention until a hearing for Supervised Release Revocation is held before Judge Schwab.
- Deft. ordered held without bail at this time.