IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
      )
      vs.      )    Criminal No.  00-44-002
      )
ROBERT HERESCO,)
      )
      Defendant      )

## ORDER OF COURT

AND NOW this ___22nd___ Day of ___May___, 2008, a bond hearing has been held and the court finds that the following facts that require the detention of the defendant pending a Probation Revocation Hearing.

1)    The defendant has been arrested twice while on Probation.

2)    Urine has tested positive on 4 occasions.

3)    Defendant has not been compliant with visitations to Probation.

4)    There is no way to assure safety to community and appearance.

Therefore the defendant is ordered held without bail.

By the court,

Robert C. Mitchell
United States Magistrate Judge