IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Criminal No. 00-44** |
| ) | **Electronically Filed** |
| **ROBERT HERESCO** ) | |

## ORDER OF COURT

**AND NOW**, before this Court is a Petition on Probation as to Robert Heresco. **IT IS ORDERED** that the probationer shall appear to show cause why probation should not be revoked on **June 27, 2008 at 10:30 AM** in Courtroom 7C, 7th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

Furthermore, on or before **June 20, 2008,** the probation officer shall provide the Court with (1) a probation violation worksheet (2) a recommendation as to an appropriate sentence if revocation is granted and (3) a copy of the original PSI together with a copy of the original recommendation.

SO ORDERED this 23rd day of May, 2008.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:   All counsel of record as listed below

United States Probation
United States Marshal Office