IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 2:00-cr-44 |
| | ) |
| ROBERT HERESCO, | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this __6th__ day of __June__, 2008, upon motion of Defendant, and after consideration thereupon, it is ORDERED and DECREED that the within motion be granted.

The probation revocation hearing is rescheduled to the __10__ day of __June__, 2008 at __9:30 AM__ o'clock.

BY THE COURT:

_____ J.