IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | **Criminal No. 00-0044** |
| ) | **Electronically Filed** |
| ROBERT HERESCO                    ) | |

**Hearing Held: Probation Revocation Hearing**
**Date of Hearing: 06/19/08**
**Before Judge Arthur J. Schwab**

| | |
|---|---|
| AUSA | Brendan T. Conway |
| Defense Counsel | Martha E. Bailor |
| Probation Officer | Wendy Brown |
| Court Reporter | Karen Earley |
| Law Clerk/Deputy Clerk | NAM/ECA |
| Start time | 9:42 AM |
| End time | 10:14 AM |

DEFENDANT PRESENT

**NOTED:**

Defendant admits to all violations at doc. # 67 except for the burglary warrant.  The defendant pled guilty to summary disorderly conduct at the hearing.

The Defendant is sentenced to 15 months incarceration with no supervision thereafter.  The BOP will be directed to place the defendant in duel treatment programs for mental health and drug addiction.