✑AO (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

UNITED STATES DISTRICT COURT

__WESTERN__   District of   __PENNSYLVANIA__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release) |

ROBERT HERESCO

Case Number: 00-44
USM Number: 06843-068

__MARTHA E. BAILOR__
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of _____ of the term of supervision.
☐  was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| GRADE B | SHALL NOT COMMIT ANOTHER STATE OR LOCAL CRIME | NOT PROVIDED |
| GRADE C | SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT USE A CONTROLLED SUBSTANCE | NOT PROVIDED |
| GRADE C | SHALL PAY $100 SPECIAL ASSESSMENT | NOT PROVIDED |

    The defendant is sentenced as provided in pages 2 _____ of this judgment. The sentence is imposed the Sentencing Reform Act of 1984.

☐ The defendant has not violated _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ███

Defendant's Date of Birth: ███

Defendant's Residence Address:
429 MOORE AVENUE
PITTSBURGH, PA 15210

Defendant's Mailing Address:
SCI - CAMP HILL
P O BOX 200
CAMP HILL, PA 17001
INMATE NO. EE4028

06/19/08
Date of Imposition of Judgment

_/s/ Arthur J. Schwab_
Signature of Judge

ARTHUR J. SCHWAB, USDJ
Name and Title of Judge

06/19/08
Date

AO    (Rev. 12/03 Judgment in a Criminal Case for Revocations
      Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:      HERESCO, ROBERT
CASE NUMBER:    00-44

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
15 MONTHS WITH NO SUPERVISION THEREAFTER.

X   The court makes the following recommendations to the Bureau of Prisons:
    THAT THE DEFENDANT BE GIVEN CREDIT FOR HIS TIME SERVED IN FEDERAL CUSTODY

    THAT THE DEFENDANT BE PLACED IN TREATMENT PROGRAMS FOR BOTH MENTAL HEALTH AND DRUG ADDICTION.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐  at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐  as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐  before 2 p.m. _____ .
    ☐  as notified by the United States Marshal.
    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL